IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 12-0311
 ((((((((((((((((

 Barbara Marino, M.D., Petitioner

 v.

 WENDY WILKINS, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Barbara Marino, M.D.,
filed with this Court on July 6, 2012, this case is ABATED effective as of
June 27, 2012.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
The Court directs the parties to notify the Court of all events affecting
the status of this case, and, in any event, to file a status report by
January 14, 2013.

 Done at the City of Austin, this 13th day of July, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk